THE HONORABLE RICARDO S. MARTINEZ

Robert W. Mitchell (WSBA # 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington St.
Spokane, WA  99201
Telephone:     509-327-2224
Email:     bobmitchellaw@gmail.com
*Attorney for Plaintiff, ANGELA CAMPBELL*

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT TACOMA**

| | |
|---|---|
| ANGELA CAMPBELL,<br><br>           Plaintiff,<br><br>    v.<br><br>PUGET SOUND COLLECTIONS, INC.<br><br>           Defendant. | NO.  3:21-cv-05429-RSM<br><br>**STIPULATED MOTION AND ORDER AMENDING PLAINTIFF'S COMPLAINT** |

### I.    STIPULATED MOTION

The parties have met and conferred for purposes of this motion.

Plaintiff seeks leave to amend Plaintiff's First Amended Complaint ("FAC"), (Dkt 1-1), and file a second Amended Complaint ("SAC") in order to streamline the litigation and eliminate unnecessary issues from contention.

Defendant consents to amending the FAC, so long as amendment does not interfere with consideration of its pending dispositive motions.  (Dkt 11).  The Parties agree the proposed amendments should not interfere with consideration of Defendant's motions because the proposed amendments consists almost entirely in deletion of allegations made by Plaintiff.

STIPULATED MOTION/ORDER
AMENDING COMPLAINT
3:21-cv-05429-RSM

1

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

Plaintiff seeks to delete the following allegations contained in the FAC, (Dkt 1-1)"

1.  Plaintiff will delete ¶ 1.18, which alleged: "Plaintiff disputed the account to Defendants."

2.  Plaintiff will delete ¶ 1.19, which alleged: "Defendant refused to cease collections."

3.  Plaintiff will delete citation to an "Exhibit C" in ¶ 4.6 of the FAC, and will not file this exhibit with the SAC.

4.  Plaintiff will delete ¶ 4.15, which alleged: "Plaintiff disputed the account."

5.  Plaintiff will delete ¶ 4.16, which alleged: "On January 6, 2021, Defendant responded to Plaintiff's dispute with another collection letter. Ex. C."

6.  Plaintiff will delete ¶ 4.16, which alleged: "Defendant's response demanded $32.87 interest, for a total demand of $1,582.87. Ex. C."

7.  Plaintiff will delete the allegation in ¶ 6.5, which alleged: "Rather than doing the right thing and ceasing collections and/or return the account as uncollectible … ."

8.  Plaintiff will delete ¶ 8.7, which alleged: "In this case, even after Plaintiff disputed the fraudulent Medicaid account, Defendant continued attempting to collect the disputed account, and even added fraudulent interest to the account."

There are some additional minor alterations and format changes but none is significant enough to be set forth here in detail. A marked up copy which reflects that changes, and a final draft of the amended complaint, are attached hereto for the Court's consideration. Although these amendments include some issues presented in Defendant's dispositive motions, the parties request that, for purposes of judicial economy, the Court should consider Defendant's pending

STIPULATED MOTION/ORDER
AMENDING COMPLAINT
3:21-cv-05429-RSM

2

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

dispositive motions and Plaintiff's responses thereto, without the need for the parties filing additional briefing.

Dated this 4th day of October, 2021.

        Presented by,

        S//*Robert W. Mitchell*
        Robert W. Mitchell (WSBA # 37444)
        Attorney at Law, PLLC
        1020 N. Washington
        Spokane, WA  99201
        Telephone:   509-327-2224
        Email:          bobmitchellaw@gmail.com
        *Attorney for Plaintiff, Angela Campbell*

        Stipulated by,

        S//*Marc Rosenberg*
        Marc Rosenberg (WSBA # 31034)
        Lee Smart
        701 Pike Street
        Suite 1800
        Seattle, WA 98101
        Telephone:   206-624-7990
        Email:          Mr@leesmart.com

STIPULATED MOTION/ORDER AMENDING COMPLAINT
3:21-cv-05429-RSM

3

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

## II. ORDER

The Court has reviewed the parties' stipulated motion to amend Plaintiff's complaint, and for Good Cause Shown, the Court hereby orders as follows:

1. The stipulated motion to amend is hereby GRANTED;

2. Within the next 10 days, Plaintiff may file the second amended complaint with the Court in the form presented with this motion; and

3. The Court will proceed to consider Defendant's pending dispositive motions, (Dkt 11), without the need for further delay or briefing.

DATED this 19th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION/ORDER
AMENDING COMPLAINT
3:21-cv-05429-RSM

4

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington St. | Spokane, WA 99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 27<u>th</u> day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Marc Rosenberg, WSB No. 31034
> Lee Smart
> 701 Pike Street
> Suite 1800
> Seattle, WA 98101
> Telephone:  206-624-7990
> Email:       Mr@leesmart.com

Dated this 4<u>th</u> day of October, 2021, at Memphis, Tennessee.

> S//*Robert w. Mitchell*
> ROBERT MITCHELL (WSBA No. 37444)
> ROBERT MITCHELL ATTORNEY AT LAW, PLLC
> 1020 N. Washington
> Spokane, WA 99201
> Telephone:     509-327-2224
> Email:            bobmitchellaw@gmail.com

STIPULATED MOTION/ORDER AMENDING COMPLAINT
3:21-cv-05429-RSM

5

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com